■ In the Matter of TRAVELERS PERSONAL SECURITY INSURANCE COMPANY, Respondent, v STANLEY MELABRANCHE, Respondent. PROGRESSIVE INSURANCE COMPANY et al., Additional Respondents-Appellants. [875 NYS2d 809]—In a proceeding pursuant to CPLR 7503 (b) to permanently stay arbitration of an uninsured motorist claim, Progressive Insurance Company and Oleg Ivanov appeal from an order of the Supreme Court, Kings County (Kurtz, R.), dated February 27, 2008, which, after a framed-issue hearing, granted the petition and permanently stayed the arbitration.

Ordered that the order is affirmed, with costs.

Contrary to the appellants' contention, the unredacted police report was properly admitted into evidence (*see Bayne v City of New York,* 29 AD3d 924, 925-926 [2006]; *Matter of Irizarry v Motor Veh. Indem. Corp.,* 287 AD2d 716 [2001]; *cf. Matter of Phoenix Ins. Co. v Golanek,* 50 AD3d 1148 [2008]).

In light of the above determination, we need not reach the parties' remaining contentions. Dillon, J.P., Miller, Belen and Chambers, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRY BARNES, Appellant. [875 NYS2d 807]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 17, 2006 (*People v Barnes,* 33 AD3d 811 [2006]), affirming a judgment of the Supreme Court, Kings County, rendered July 13, 2004.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Rivera, Spolzino and Ritter, JJ., concur.